UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHERYL WHITE,                                                                                       PLAINTIFF

v.                                                                                        NO. 3:14-CV-00645-CRS

COVENTRY HEALTH & LIFE INS. CO., et al.,                                          DEFENDANTS

**OPINION AND ORDER**

Under Federal Rule of Civil Procedure 59, plaintiff Cheryl White moves to alter or amend the judgment which dismissed White's claims against Coventry Health and Life Insurance Company, Lisa Chandler, Jennifer Hatchett, and Deborah Pennington.

White argues that the Court made "clear errors of law" and vacating the order is "necessary" to "prevent manifest injustice." Pl.'s Mot. 1, ECF No. 27.

Under Rule 59, the Court "may alter the judgment based on '(1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice.'" *Leisure Caviar, LLC v. United States Fish & Wildlife Serv.*, 616 F.3d 612, 615 (6th Cir. 2010).

White has not shown that the Court made a clear error of law in dismissing the claims for failing to state claims for relief that are plausible on their face. Nor has White shown that the Court should alter the judgment to prevent a manifest injustice.

The Court **DENIES** White's motion to alter or amend the judgment (DN 27).

January 20, 2016

**Charles R. Simpson III, Senior Judge
United States District Court**